**Opinion issued August 2, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-16-00446-CR**

————————————

**IN RE GREGORY WARRICK, Relator**

————————————

**Original Proceeding on Petition for Writ of Mandamus**

————————————

**MEMORANDUM OPINION**

Gregory Warrick filed a mandamus petition and an amended mandamus petition complaining of the trial court's denial of pretrial bail, its refusal to hold an examining trial or permit him to attend a hearing on his request for an examining trial, as well as his counsel's alleged ineffective assistance.[1]  We deny the petition.

---

[1] The underlying case is *State of Texas v. Gregory Warrick*, cause number 1499621, pending in the 185th District Court of Harris County, Texas, the Honorable Susan Brown presiding.

**PER CURIAM**

Panel consists of Justices Keyes, Brown, and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).